# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART L. GILI-ROSS,<br><br>              Plaintiff,<br><br>       v.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>              Defendant. | Case No. 2:20-cv-09678-JAK-SK<br><br>**ORDER RE JOINT STIPULATION TO REMAND CASE TO STATE COURT (DKT. 13)**<br><br>JS-6: Remanded |

Based on a review of the parties' Joint Stipulation to Remand Case to State Court, there is good cause for the requested relief. Therefore, the relief requested in the Stipulation is **GRANTED** and the action remanded to the Los Angeles Superior Court at its Stanley Mosk Courthouse (Case No. 19STCV35477).

**IT IS SO ORDERED.**

DATED: January 8, 2021

John A. Kronstadt
United States District Judge